<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6158**

———————

BARRY JAY PORTER,

Plaintiff - Appellant,

versus

RON ANGELONE,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-02-1025-7)

———————

Submitted: March 20, 2003      Decided: March 31, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Barry Jay Porter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Jay Porter appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's order and agree that Porter's complaint fails to state a claim. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Porter v. Angelone, No. CA-02-1025-7 (W.D. Va. Dec. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2